SCOTT STEARNS
FULL NAME

Donald Kindred
COMMITTED NAME (if different)

630 E. Rialto SanBernardino, CA 92415
FULL ADDRESS INCLUDING NAME OF INSTITUTION

1809371202
PRISON NUMBER (if applicable)

FILED
CLERK U.S. DISTRICT COURT
DEC 17 2018
CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Scott Stearns
PLAINTIFF,

v.

SanBernardino County
Sheriff's department, et al.
DEFENDANT(S).

CASE NUMBER **CV18-02610-GW-JDE**
To be supplied by the Clerk

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☑ 42 U.S.C. § 1983
☑ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes ☐ No

2. If your answer to "1." is yes, how many? **3**

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   Conditions of Confinement.
   illegal Due process on Gang validations
   Cruel and unusual punishment

RECEIVED
CLERK U.S. DISTRICT COURT
DEC 14 2018
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

a. Parties to this previous lawsuit:
   Plaintiff __Scott Stearns__
   Defendants __Phillip Mares, et al...__

b. Court __U.S.D.C. Eastern District and (2) U.S.D.C. N.D.CAl.__

c. Docket or case number __Can't Recall__

d. Name of judge to whom case was assigned __Can't Recall__

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) __Jury trial lost & (2) dismissals__

f. Issues raised: __Cruel and unusual Punishment Due Process Failure to Protect__

g. Approximate date of filing lawsuit: __2000__

h. Approximate date of disposition __2007 to 2009__

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes  ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☑ Yes  ☑ No

   If your answer is no, explain why not __Half are, deputies delayed other Half violating due process time limits__

4. Please attach copies of papers related to the grievance procedure. __See Exhibit Enclosed__

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __Scott Stearns__
(print plaintiff's name)
who presently resides at __630 E. Rialto Ave San Bernardino, CA 92415__
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at __Central Detention Center Sheriff's Jail__
(institution/city where violation occurred)

on (date or dates) __9-29-18__, __THROUGH__, __Present__.
                    (Claim I)      (Claim II)      (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __John Doe #1__ (full name of first defendant) resides or works at __630 E. Rialto San Bernardino, CA 92415__ (full address of first defendant) __Deputy Sheriff Sergeant__ (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __Reviewed Grievances by illegally denying, threaten me with Retaliations for Grievances & disciplines.__

2. Defendant __(Duncan) John Doe #2__ (full name of first defendant) resides or works at __630 E. Rialto San Bernardino, CA 92415__ (full address of first defendant) __Smasy Deputy Sheriff__ (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __Reviewed Grievances, denied A.D.A. Bed moves, and manipulated Bed moves to cause me trouble.__

3. Defendant __John Doe #3__ (full name of first defendant) resides or works at __630 E. Rialto San Bernardino, CA 92415__ (full address of first defendant) __A.D.A. Coordinator__ (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __Has done nothing to help my medical A.D.A. issues, denied all grievances as of 12-10-18 as A.D.A. Sheriff coordinator, despite C.D.C.R. having them I'm A.D.A. inmate, in October or early November 2018.__

---
CV-66 (7/97)                    **CIVIL RIGHTS COMPLAINT**

4. Defendant (ditto) John Doe #4 resides or works at
(full name of first defendant)
630 E. Rialto San Bernardino, CA 92415
(full address of first defendant)
Cook in San Bernardino Jail
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
Shorted calorie counts on Halal Religious diets Routinely, as well as all inmates diets.

5. Defendant Jane Doe #1 resides or works at
(full name of first defendant)
630 E. Rialto San Bernardino, CA 92415
(full address of first defendant)
Nurse Practioner
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
Saw me at sick call and did not address any of my A.D.A. issues except lower bunk chrono.

6. John Doe #5, 630 E. Rialto San Bernardino, CA 92415. Chaplin at C.D.C. Sheriff's Jail.

I asked for Religious Quran, He denied, plus a prayer Rug. Gave me a small used towel.

Clearly violating Religious Rights.

## D. CLAIMS*

**CLAIM I**

The following civil right has been violated:

San Bernardino Sheriff's department will not help plantiff get his A.D.A. issue's addressed. Such as pain management, ear hearing aid, eye glasses, mental health meds, shoes, ect.

Clearly violating state and federal constitutions on A.D.A. claims.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Plantiff filed sick call slip's for medical multiple times. Sheriff's department manipulated replies, only taking me to sick call once.

Man Sheriff's denied grievences upon A.D.A. issues, or extensively delayed responses

Plantiff attempted several times to settle disputes out of legal process, to no avail

see enclosed exhibit list.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## Claim II

Sheriff's department will not process A.D.A. claims unless paid for one by one. Even though plaintiff has multiple documented A.D.A. issues.

i.e. hearing aid, mental health care, foot injury medications, bifocal eyeglasses. Clearly violating state and federal constitutions.

## Facts

Review jail kiosk computers to see multiple request by plaintiff.

All were denied or manipulated by sheriff's up to threats and retaliation bed moves.

Still no treatments for A.D.A. issues as of 12-10-18 has occurred.

Even though (prison) C.D.C.R. has submitted a fax to A.D.A. coordinator in C.D.C. jail.

Violating state and federal constitutions

## Claim III

Sheriff's department is leaving Plantiff in pain, deaf, and blind in jail, without any attempt to help him. With mental health issues either.

Violating state and federal constitutions

## Facts

Plantiff repeatedly submitted health request for A.D.A. issues to be addressed.

As of 12-10-18 Sheriff's has not, citing put in for each issue seperately.

View jail kiosk and see,

Deputies even threatened Plantiff's out date with a discipline.

Clearly violating state and federal constitutions

## Claim IV

Deputies clearly failed to treat plaintiff like all other inmates.

By denying legitimate health care documented by other prison agencies to exist, and threatening his release date with disciplines.

Clearly violated equal protection of state and federal constitutions.

## Facts

Per jail kiosk responses to A.d.A. grievances. Deputies clearly violated both state and federal constitutions

## Claim V

Kitchen staff and deputies routinely shorted Halal diets, multiple times and meals a week, on 2000 calories a day.

Clearly violating state and federal constitutions regarding religious needs and rights.

## Facts

See jail kiosk grievances, all denied.

(3) mornings a week Halal diets are shorted (1) ounce peanut butters, when diet says they get (2) ounces.

(2) times a week Halal diets are short (1) hot dog, when diet says (3) are given. Trays only get (2) on them.

Once a week fruit rolls are given per menu, yet inmates never recieve them.

Same for sherbert ice creams, to all county jail inmates regarding ice creams.

## Claim IV

Deputies delayed access to this court, by denying access to this form, 42. USC §1983.

Then denied plaintiff the right to mail it out, on 12-4-18.

Violating state and federal constitutions access to courts.

## Facts

Check kiosk grievances, request, ect.

Sheriff's clearly manipulated access to court and lawyers.

Violating state and federal constitutions.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

1) Treatment for all my A.d.A. issues in a timely manner;

2) Declaration of both parties rights;

3) Medical appliances and medications provided in a timely manner;

4) Medications used in past that worked for plantiff;

5) Single cell lower bed housing for plantiff, in a safe enviroment;

6) Religious diet that meets 2000 calories;

7) Adequate sized prayer rug for religious prayer;

8) $25.00 a day until met;

9) All legal cost paid by defendants;

10) Any other issue court deem appropriate;

12-10-18
(Date)

_Scott S_____
(Signature of Plaintiff)

## Exhibit List

H301810-0096077  
H301810-0092869  
H301810-0091959  
H301810-0089780  
H301810-0105475  
} Health Request

R301811-0025996  
R301811-0025937  
R301811-0025927  
R301811-0025791  
R301811-0024657  
R301811-0023791  
R301811-0023341  
} Religious Request

G30810-00128242  
G30810-00128001  
G30810-00127772  
G30810-00127759  
G30810-00127722  
G30810-00126662  
G30810-00126659  
G30810-00126658  
G30811-0012861  
G30811-0012850  
G30811-0012834  
G30811-0012816  
G30811-0012809  
G30812-0012076  
G unknown  
} Grievances








San Bernardino County Sheriff's Department
Central Detention Center
630 E. Rialto Avenue
San Bernardino, CA 92415

RETURN SERVICE REQUESTED

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 14 2018
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

CV

United States District Court
Central District of California
312 North Spring Street, Room G-8
Los Angeles, California 90012
Attention: Pro Se Clerk

KAEJPB5 90012