UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT STEARNS, | ) | No. 5:18-02610-GW (JDE) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| SAN BERNARDINO COUNTY SHERIFFS DEPARTMENT, et al., | ) ) ) | |
| Defendants. | ) | |

Pursuant to the Order Dismissing Action Pursuant to 28 U.S.C. § 1915(g), IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: July 9, 2019

_____
GEORGE H. WU
United States District Judge